IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**BEVERLY JO JONES, In behalf of Michael Lee Jones**
**and Daniel Ryan Jones**     **PETITIONER**

VERSUS     CIVIL ACTION NO. 1:08-cv-333-LG-RHW

**STATE OF ALABAMA, J. JERRY PILGRIM**
**and UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**     **DEFENDANTS**

### FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Memorandum Opinion and Order issued this date, incorporated herein by reference, it is hereby,

**ORDERED AND ADJUDGED** that this cause be, and is hereby, dismissed without prejudice for lack of jurisdiction.

**SO ORDERED AND ADJUDGED** this the 19th day of August, 2009.

                              s/ *Louis Guirola, Jr.*
                               LOUIS GUIROLA, JR.
                               UNITED STATES DISTRICT JUDGE